# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALEB WILSON AND DERRICK DAVIS

VERSUS

STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF THE LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE (LSU) AND THE LSU AGRICULTURE DEPARTMENT; AND CHARLES WAHL; STATE OFFICE OF RISK MANAGEMENT THROUGH SEDGWICK; CHASE WILLIAMS AND ALLSTATE INS. CO, AND XYZ INS. CO.

NO. 2022 CW 0490

**AUGUST 29, 2022**

---

In Re:    State of Louisiana, through the Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College (LSU) and the LSU Agriculture Department; Charles Wahl; and State Office of Risk Management through Sedgwick, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 711,973.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's March 8, 2022 judgment, which overruled the Exception of No Cause of Action filed by defendants, State of Louisiana Through the Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College (LSU) and the LSU Agriculture Department, Charles Wahl, State Office of Risk Management Through Sedgwick, is reversed. The Petition for Damages has alleged no breach of duty on behalf of the State Office of Risk Management Through Sedgwick, pursuant to La. R.S. 39:1535 or otherwise. See also La. R.S. 39:1538(D) ("there shall be no direct action against the Self-Insurance Fund"). Accordingly, we grant the Exception of No Cause of Action, dismissing the claims of plaintiffs, Caleb Wilson and Derrick Davis, against defendant, State Office of Risk Management Through Sedgwick. However, this matter is remanded to the trial court with instruction to allow the plaintiffs, Caleb Wilson and Derrick Davis, the opportunity to amend their petition to remove the grounds of the objection, if they can, within a delay deemed reasonable by the trial court. La. Code Civ. P. art. 934.

JMM
PMc
GH

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT